IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BALTIMORE LIFE INSURANCE**          **PLAINTIFF**
**COMPANY**

v.          **CASE NO. 3:21-CV-00212-BSM**

**JULIE A. WITT and**
**CHANTILLY S. REDDMANN**          **DEFENDANTS**

## ORDER

Consistent with the order entered on February 4, 2022 [Doc. No. 7] and the interpleader deposit received on February 22, 2022, the Baltimore Life Insurance Company is dismissed. The clerk's office is directed to realign the parties so that Julie Witt is the plaintiff and Chantilly Reddmann is the defendant.

IT IS SO ORDERED this 12th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE