IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JULIE A. WITT                                                                                              PLAINTIFF

v.                                    CASE NO. 3:21-CV-00212-BSM

CHANTILLY S. REDDMANN                                                                      DEFENDANT

### ORDER

The trial will begin at 9:30 a.m. on January 8, 2024, in Courtroom #324, E.C. "Took" Gathings Federal Building, 615 S. Main, Jonesboro, Arkansas 72401.  All participants must appear in person.  This case has been pending for more than two years, and the trial date was set more than a year ago. The clerk is directed to mail a copy of this order to the parties by overnight mail.

IT IS SO ORDERED this 3rd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE