**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JULIE A. WITT**                                                      **PLAINTIFF**

**v.**                          **CASE NO. 3:21-CV-00212-BSM**

**CHANTILLY S. REDDMANN**                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE